

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00642-CV

Rey **ROJAS-SILVA**,
Appellant

v.

The **STATE** of Texas for the Protection of Lorena Rojas,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-06892
Honorable Jason Pulliam, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee recover its costs of this appeal from appellant.

SIGNED September 10, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice